JACOB FALKENBERG, as Administrator, etc., of EMMA FALKENBERG, Deceased, v. THE CITY OF NEW YORK and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed on or

before February 10, 1927. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.